**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TROY VINCENT,** | : | |
| **Petitioner** | : | **No. 1:21-cv-00305** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **KEVIN KAUFFMAN, <u>et</u> <u>al.</u>,** | : | |
| **Respondents** | : | |

## <u>ORDER</u>

**AND NOW**, on this 27th day of September, 2022, upon consideration of the petition

(Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying

Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania